January 24, 1979

402 A.2d 1077

Commonwealth v. Anderson, Appellant.

Submitted October 26, 1978. John R. Cook, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.